[No. 67046-8-I.   Division One.   June 25, 2012.]

JEFFREY MOORE, *Appellant*, v. BLUE FROG MOBILE, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-31654-0, Mariane C. Spearman, J., entered March 25, 2011. *Reversed* and *remanded* by unpublished opinion per Lau, J., concurred in by Leach, C.J., and Becker, J.

[No. 67058-1-I.   Division One.   June 25, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIJA ALLEN DOSS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-05189-1, Gregory P. Canova, J., entered April 26, 2010. *Affirmed in part* and *remanded with instructions* by unpublished per curiam opinion.

[No. 68173-7-I.   Division One.   June 25, 2012.]

*In the Matter of the Dependency of* T.B.

T.B., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-7-03938-2, Patricia H. Clark, J., entered January 17, 2012. *Reversed* by unpublished per curiam opinion.